# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gerber, Robert E. | US Bankruptcy Court SDNY | 06/02/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge - Recalled and then Fully Retired | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>01/22/2016 |

**7. Chambers or Office Address**

485 Lexington Avenue Fl 30
New York, NY 10017

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American College of Bankruptcy |
| 2. | Director | American Bankruptcy Institute |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Matthew Bender & Co. (LexisNexis), compensation for chapters written as contributing author to Collier on Bankruptcy | $3,120.00 |
| 2. 2015 | Columbia Law School - Teaching | $6,000.00 |
| 3. 2016 | Columbia Law School - Teaching | $600.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed writer |
| 2. 2016 | Self-employed writer |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 3/12/2015-3/14/2015 | Washington, DC | Meeting, Committee and Board Meetings | Transportation, Lodging, Food |
| 2. | American Bankruptcy Law Forum | 3/17/2015-3/18/2015 | Dayton, OH | Speaker at Program | Transportation, Lodging, Food |
| 3. | American Bankruptcy Institute | 4/16/2015-4/19/2015 | Washington DC | Board and Committee Meetings, Speaker at Program | Transportation, Lodging, Food |
| 4. | Association of Insolvency & Restructuring Advisors | 6/3/2015-6//5/2015 | Philadelphia, PA | Speaker at Program | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Gerber, Robert E.** | 06/02/2016 |

| 5. | American Bankruptcy Institute | 7/9/2015-7/12/2015 | N. Falmouth, MA | Speaker at Program | Transportation, Lodging, Food |
| --- | --- | --- | --- | --- | --- |
| 6. | Midwest Regional Bankruptcy Seminar | 8/26/2015-8/28/2015 | Cincinnati, OH | Speaker at Program | Transportation, Lodging, Food |
| 7. | National Conference of Bankruptcy Judges | 9/25/2015-9/30/2015 | Miami Beach, FL | Meeting | Transportation, Lodging, Food |
| 8. | Turnaround Management Association | 10/5/2015-10/7/215 | Scottsdale, AZ | Speaker at Program | Transportation, Lodging, Food |
| 9. | American Bankruptcy Institute | 12/3/2015-12/5/2015 | Phoenix, AZ | Board and Committee Meetings, Speaker at Program | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual Life | Policy Loans | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IN BROKERAGE ACCT #1 (Fidelity Investments): | | | | | | | | | |
| 2. - Columbia Acorn Fund Mutual Fund Shares | F | Dividend | L | T | Donated (part) | | | | |
| 3. - Same | | | | | Sold (part) | 06/08/15 | L | E | Not Applicable |
| 4. - NY State Thruway 5.0%, 2019, Muni Bonds | C | Interest | | | Matured | 10/01/15 | L | | Not Applicable |
| 5. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | M | T | Sold (part) | 06/15/15 | K | | Not Applicable |
| 6. - Vanguard Limited Term Tax Exempt Fund Mutual Fund Shares | A | Dividend | K | T | | | | | |
| 7. - Fidelity Contrafund Mut Fund Shares | B | Dividend | K | T | | | | | |
| 8. - Baron Growth Fund Mut Fund Shares | D | Dividend | | | Sold | 01/12/16 | L | E | Not Applicable |
| 9. - BBH Core Select Fund Class N Mut Fund Shares | C | Dividend | L | T | | | | | |
| 10. - S&P 500 Depository Receipts ("SPDRs") | A | Dividend | K | T | | | | | |
| 11. - Baron Growth Fund Instut. Class. Mut Fund Shs | B | Dividend | | | Sold | 01/12/16 | K | | Not Applicable |
| 12. - Fidelity Low Price Stock Fund Mut Fund Shs | B | Dividend | K | T | | | | | |
| 13. IN BROKERAGE ACCT #2 (Fidelity Investments): | | | | | | | | | |
| 14. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | J | T | | | | | |
| 15. - Vanguard Limited Term Tax Exempt Mutual Fund | A | Dividend | J | T | | | | | |
| 16. - Deutsche Intermed Term Tax Free Instut Class Mut Fund Shares | A | Dividend | L | T | | | | | |
| 17. ROLLOVER IRA #1, FIDELITY INVESTMENTS | F | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 19. - Tweedy Browne Global Value Fund Mut Fund Shs | | | | | Sold | 01/14/16 | M | E | Not Applicable |
| 20. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 21. - Ivy Asset Strategy Fund Cl 1 Mut Fund Shs | | | | | Sold | 01/30/15 | L | C | Not Applicable |
| 22. - Morgan Stanley Global Long/Short Fund Mut Fund Shs | | | | | | | | | |
| 23. - BlackRock Global Allocation Fund Institut Mut Fund Shs | | | | | | | | | |
| 24. - Pimco Total Return Fund Instut Mut Fund Shs | | | | | | | | | |
| 25. - BBH Core Select Fund Class N Mut Fund Shares | | | | | | | | | |
| 26. - JP Morgan Large Cap Growth Sel Class Mut Fund Shs | | | | | | | | | |
| 27. - Fidelity Low Price Stock Mut Fund Shs | | | | | | | | | |
| 28. - Vanguard Ltd Term Tax Exempt Fund Mut Fund Shs | | | | | Sold | 06/10/15 | J | | Not Applicable |
| 29. - S&P 500 Depository Receipts ("SPDRs") | | | | | | | | | |
| 30. - Fidelity Spartan Mkt Index Advantage (FSTVX) Mut Fund Shares | | | | | | | | | |
| 31. - Fidelity Spartan 500 Index Advantage (FUSVX) Mut Fund Shs | | | | | | | | | |
| 32. - Same | | | | | | | | | |
| 33. - Baron Growth Fund Instut Class Mut Fund Shs | | | | | Sold | 01/12/16 | K | | Not Applicable |
| 34. - BlackRock Strategic Muni Opportunities Fund Mut Fund Shs | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - BlackRock Equity Dividend Fund-Institut Mut Fund Shs | | | | | | | | | |
| 36. - Deutsche Intermed Tax Free Institut Mut Fund Shs | | | | | | | | | |
| 37. - Glenmede Large Cap Core Institutional Mutual Fund Shs | | | | | Buy | 01/14/16 | L | | Not Applicable |
| 38. - Deutsche Europe Hedged Equity Mut Fund Shs | | | | | Buy | 01/15/15 | L | | Not Applicable |
| 39. - Wisdomtree Europe Hedged Equity Mut Fund Shs | | | | | Buy | 01/15/16 | L | | Not Applicable |
| 40. IRA (#1), FIDELITY INVESTMENTS | A | Dividend | L | T | | | | | |
| 41. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 42. - Fidelity Low Price Stock Fund Mutual Fund Shares | | | | | | | | | |
| 43. - Deutsche Intermed Tax Free Mut Fund Shs | | | | | | | | | |
| 44. IRA (#2), FIDELITY INVESTMENTS | C | Dividend | L | T | | | | | |
| 45. - Tweedy Browne Global Value Fund Mut Fund Shares | | | | | Sold | 01/14/16 | L | | Not Applicable |
| 46. - Baron Growth Mut Fund Shares | | | | | Sold | 01/12/16 | J | A | Not Applicable |
| 47. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 48. - Glenmede Large Cap Core Mut Fund Shares | | | | | Buy | 01/13/16 | J | | Not Applicable |
| 49. - Wisdomtree Europe Hedged Equity Mut Fund Shares | | | | | Buy | 01/14/16 | K | | Not Applicable |
| 50. - Deutche Europe Hedged Equity Mut Fund Shares | | | | | Buy | 01/14/16 | K | | Not Applicable |
| 51. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IN BROKERAGE ACCOUNT #3 (Fidelity Investments) | | | | | | | | | |
| 53. - Fidelity Spartan 500 Index Advantage (FUSVX) Mut Fund Shs | A | Dividend | K | T | | | | | |
| 54. - Baron Growth Mutual Fund Shares | A | Dividend | | | Sold | 01/12/16 | J | A | Not Applicable |
| 55. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | J | T | | | | | |
| 56. - Vanguard Limited Term Tax Exempt Mut Fund Shs | A | Dividend | J | T | | | | | |
| 57. - Glenmede Large Cap Core Mut Fund Shs | | | J | T | Buy | 01/13/16 | J | | Not Applicable |
| 58. LIMITED PARTNERSHIP INTERESTS: | | | | | | | | | |
| 59. - Broadway 72 Assocs, Ltd Partnership Interest | E | Distribution | J | U | | | | | |
| 60. -FFHS&K Investment Assocs. 1983-1, Ltd Partnership Interest | | None | J | U | | | | | |
| 61. ROLLOVER IRA #2, FIDELITY INVESTMENTS | F | Int./Div. | P1 | T | | | | | |
| 62. - Fidelity Cash Reserves Money Market Mut Fund Shares | | | | | | | | | |
| 63. - Fidelity Contrafund Mut Fund Shares | | | | | Buy (add'l) | 02/02/15 | K | | |
| 64. - Blackrock Global Allocat Fund-Institut'l Mut Fund Shares | | | | | | | | | |
| 65. - Ivy Asset Strategy Fund Class 1 Mut Fund Shares | | | | | Sold | 01/30/15 | M | B | Not Applicable |
| 66. - BBH Core Select Fund Class N Mut Fund Shares | | | | | | | | | |
| 67. - Fidelity Low Price Stock Mut Fund Shares | | | | | Buy (add'l) | 06/08/15 | K | | Not Applicable |
| 68. - Fidelity Spartan Total Market Index (FSTVX) | | | | | Buy (add'l) | 02/02/15 | L | | Not Applicable |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Standard & Poors 500 Depository Receipts ("SPDRs") | | | | | | | | | |
| 70. - BlackRock Strategic Muni Opportunities Fund Mut Fund Shs | | | | | | | | | |
| 71. - Fidelity Sptn 500 Index Advantage (FUSVX) Mut Fund Shs | | | | | Sold | 02/02/15 | M | E | Not Applicable |
| 72. - S&P 400 (SPDR) Midcap Mut Fund Shares | | | | | Buy | 02/02/15 | M | | Not Applicable |
| 73. - Blackrock Strategic Muni Opportunities Fund Mut Fund Shares | | | | | Buy | 02/02/15 | L | | Not Applicable |
| 74. - Same | | | | | Sold (part) | 06/10/15 | J | | Not Applicable |
| 75. - Glenmede Large Cap Core Institutional Mut Fund Shares | | | | | Buy | 01/14/16 | K | | Not Applicable |
| 76. 529 PLAN, FIDELITY INVESTMENTS | | None | M | T | | | | | |
| 77. - Fidelity UNIQUE 2015 Portfolio | | | | | | | | | |
| 78. INSURANCE POLICIES | | | | | | | | | |
| 79. - Northwestern Mutual Whole Life Policy #1 | C | Dividend | M | T | | | | | |
| 80. - Northwestern Mutual Whole Life Policy #2 | B | Dividend | L | T | | | | | |
| 81. - Northwestern Mutual Whole Life Policy #3 | B | Dividend | L | T | | | | | |
| 82. - Northwestern Mutual Whole Life Policy #4 | B | Dividend | L | T | | | | | |
| 83. - Northwestern Mutual Whole Life Policy #5 | B | Dividend | K | T | | | | | |
| 84. ROLLOVER IRA #3 (Morgan Stanley Smith Barney) | E | Interest | N | T | | | | | |
| 85. - WI Clean Water 4.391% 2019 Muni Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - NY Environmental Facilities 4.469% 2019 Muni Bonds | | | | | | | | | |
| 87. - NY City NY 4.899% 2020 Muni Bonds | | | | | | | | | |
| 88. - Timpanogos UT 4.69% 2018 Muni Bonds | | | | | | | | | |
| 89. - San Luis Obispo Cnty CA 7.45% 2019 Muni Bonds | | | | | | | | | |
| 90. - FL St Board of Ed 4.941% 2018 Muni Bonds | | | | | | | | | |
| 91. - Kauai Cnty HI 4.556% 2021 Muni Bonds | | | | | | | | | |
| 92. - New Mexico Finance Auth 3.4% Muni Bonds | | | | | | | | | |
| 93. - Morgan Stanley Liquid Asset Fund | | | | | | | | | |
| 94. - NH Highway 4.334% 2022 Muni Bonds | | | | | | | | | |
| 95. - King & Snohomish Counties WA 4.821% Muni Bonds | | | | | | | | | |
| 96. - Durham NC 2.90% 2026 Muni Bonds | | | | | Buy | 01/29/15 | J | | Not Applicable |
| 97. - Harper Creek MI 2.743% 2021 Muni Bonds | | | | | Buy | 09/11/15 | J | | Not Applicable |
| 98. IN BROKERAGE ACCT #4 (Fidelity Investments) | | | | T | | | | | |
| 99. - Fidelity Treasury Money Mkt Fund | A | Dividend | J | T | Buy | 06/15/15 | K | | Not Applicable |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: The dividends shown for mutual funds, as in the past, include capital gains dividends.

As in the past, routine deposits or withdrawals (i.e., purchases or sales) of money market funds have not been deemed to be reportable transactions, and have not been shown, but again as in the past, the income from the money market funds during the Reporting Period has been shown. However, when I have made final sales, and initial purchases, of such money market funds, or have transferred money market funds from one account to another, I have shown such sales, and initial purchases, as reportable "Sell" and "Buy" transactions.

Transactions involving the reinvestment of mutual fund dividends and capital gains distributions are not shown as reportable transactions; however, the income from them is shown.

In 2006 and prior years, in the case of the whole life insurance policies shown on Lines #78 through #82 of this report, the "Income" shown had been the increase in cash value in each policy. In 2007, I began to apply dividends on the policies to reduce policy loans, and since then the increase in cash value is no longer the same as the dividend on each policy. As in my reports for 2007 and thereafter, the "Income" shown is the dividend on each policy, and not the cash value increase, as the former is a better indication of the income on each policy. The value shown for each policy is its net cash value, after subtracting outstanding loans from the gross cash value.

Twelve equal monthly purchases of less than $1,000 each were made of shares of the Fidelity UNIQUE 2015 Portfolio in the 529 Plan. They are not individually shown, since investments that do not exceed $1,000 are not to be individually reported. The aggregate value of the plan at the end of the year, which is to be reported, reflects those purchases, and investment results with respect to them.

With respect to Rollover IRA #3, at Morgan Stanley Smith Barney, the income shown, as in past years, is before subtraction of account maintenance and advisory fees.

The Brazoria County TX, Dallas TX, Anchorage AK and Los Angeles CA muni bonds shown on lines #80, #83, #84 and #85 of my amended report for 2014 were sold in 2013, and their sales were shown as such on my report for 2013. But they were not dropped when the reports for 2014 were filed, as explained in Part VIII of my Amended Report for 2014, in the paragraph beginning "Re fourth comment paragraph in Comment Letter." The correction is made in this report, and they are thus deleted here.

The New York State Thruway bonds shown on line #4 in Brokerage Account #1 were called before maturity. As the FDR software does not provide for separate transaction descriptions for bonds that were called before maturity, I have described them as "matured," the closest substitute.

My holding of Deutsche Intermed Term Tax Free Instut Class Mut Fund Shares shown on Line #16 in Brokerage Acct. #2 in this year's report is shown, properly, at the L level. Those shares were shown on each of my original and amended reports for 2014 as being held (and as bought on 9/23/14) at the M level. But the 2014 report erroneously showed them as having been purchased at the M level when it should have shown them as having been held, and acquired, at the L level.

The limited partnership shown on Line #52 made material distributions to me in 2015 and (after the close of the Reporting Period) 2016. It is obvious that an investment that could generate distributions at the "E" level has more than minimal value. But it is not publicly traded or otherwise valued, and, as in past years, only the book value of that investment is known. Thus the "J" Code, based on that book value, continues to be shown for my departure date, January 22, 2016.

On June 18, 2015, a partial withdrawal of Fidelity Municipal Money Market shares shown on Line #4 was withdrawn from Brokerage Acct #1 and transferred to fund a newly created brokerage account, Brokerage Acct #4, where it was then invested in the Fidelity Treasury Money Market Fund mutual fund shares shown on Line #98.

For ease of entry, and review, account name headers appear for accounts that are not aggregate ownership accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Gerber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544